IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CANAL INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * CIVIL ACTION NO. 2:06-MC3286-F |
| CHRISTOPHER THOMAS, INC., | * |
| JASON TILLERY, AN INDIVIDUAL, | * |
| GOLDEN PEANUT COMPANY, | * |
| LLC., et al., | * |
| | * |
| Defendants. | * |
| UNITED STATES FIRE INSURANCE | * |
| COMPANY, ST. PAUL FIRE AND | * |
| MARINE INSURANCE COMPANY, | * |
| and GOLDEN PEANUT, LLC, | * |
| | * |
| Counterclaim and Crossclaim | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| CANAL INSURANCE COMPANY, | * |
| CHRISTOPHER THOMAS, INC., | * |
| and JASON TILLERY, | * |
| | * |
| Counterclaim and Crossclaim | * |
| Defendants. | * |

**SUPPLEMENTAL MOTION OF S. ANTHONY HIGGINS FOR
PROTECTIVE ORDER OR, IN THE ALTERNATIVE,
MOTION TO QUASH SUBPOENA**

COMES NOW the undersigned, S. Anthony Higgins, and supplements his prior request that this Honorable Court enter a protective order in his favor preventing the Plaintiff, Canal Insurance Company, from obtaining the documents and things sought in the subpoena attached hereto as Exhibit A. Alternatively, the undersigned respectfully requests this Honorable Court to quash the attached subpoena based on the grounds set forth below:

1. On or about March 3, 2006, the Plaintiff, Canal Insurance Company, served on the undersigned a subpoena requesting multiple documents and things. In accordance with the requirements of Rule 26(c), Fed.R.Civ.P., the parties have in good faith conferred in an effort to resolve the dispute without this Court's intervention in the matter.

2. On March 8, 2006, the undersigned filed the Motion of S. Anthony Higgins for Protective Order or, in the Alternative, Motion to Quash Subpoena. (Doc. 1).

3. On March 10, 2006, the undersigned received the subpoena attached hereto as Exhibit A from Canal Insurance Company via facsimile.[1] The subpoena attached hereto is identical to the prior subpoena from Canal Insurance Company, with the exception that the place of the requested production has been changed from the offices of counsel for Canal in Birmingham to the undersigned's office in Montgomery. All other parts of the subpoena, including the documents and things requested, appear to be identical.

4. The undersigned respectfully requests this Honorable Court to enter a protective order in his favor preventing the Plaintiff, Canal Insurance Company, from obtaining the documents and things sought in the subpoena attached hereto as Exhibit A. For sake of brevity, the undersigned adopts and incorporates the procedural history and arguments previously asserted by the undersigned in his original Motion for Protective Order filed on March 8, 2006. (Doc. 1).

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests this Honorable Court to enter a protective order prohibiting the Plaintiff from obtaining the

---

[1] The original was received via certified mail on March 16, 2006.

discovery sought in the subpoena attached hereto as Exhibit A. In the alternative, the undersigned requests this Honorable Court to quash the attached subpoena and require no further response from the undersigned attorney.

The undersigned notes that he has no objection should the Court decide to transfer this matter to the United States District Court for the Southern District of Alabama for hearing and adjudication. The Southern District is certainly more familiar with the issues in this complex case and it may serve the interest of judicial economy for this matter to be transferred to the Court where this litigation is currently pending.

Respectfully submitted this the 16th day of March, 2006.

/s/ S. Anthony Higgins
S. ANTHONY HIGGINS

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103-4128
Tel: 334-215-8585
Fax: 334-215-7101

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of March, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joseph E. B. Stewart, Esq.
Austill, Lewis & Simms, P.C.
2101 Highland Avenue, Suite 500
Birmingham, AL 35205

William W. Smith, Esq.
Smith & Alspaugh, P.C.
505 North 20th Street
1100 Financial Center
Birmingham, AL 35203

Steven Mark Andrews, Esq.
Morris, Cary, Andrews & Talmadge
P. O. Box 1649
Dothan, AL 36302

Scott Salter, Esq.
Starnes & Atchison
P. O. Box 598512
Birmingham, AL 35259

Carol Ann Smith, Esq.
Smith & Eley
2000-A Southbridge Pkwy, Suite 405
Birmingham, AL 35209

                                        /s/ S. Anthony Higgins
                                        OF COUNSEL