**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 21, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Canal Insurance Company v. Christopher Thomas, Inc. et al
Misc No. 2:06-mc-03286-MEF

Re: Canal Insurance Company v. Christopher Thomas, Inc. et al
Misc No. 2:06-mc-03287-WHA

The above-styled (2) cases have been reassigned to Judge Myron H. Thompson.

Please note that the (2) case numbers are now 2:06-mc-03286-MHT and 2:06-mc-03287-MHT. This new case number should be used on all future correspondence and pleadings in this action.