IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-mc-3286-MEF |
| | ) | |
| CHRISTOPHER THOMAS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon review of the *Motion of S. Anthony Higgins for Protective Order or, in the Alternative, Motion to Quash Subpoena* (Doc. 1 March 9, 2006) and the *Supplemental Motion* filed March 16, 2006 (Doc. 3),    it is

**ORDERED** *that the Plaintiff, Canal Insurance Company*, *respond by March 27, 2006*, to show any opposition to the requested relief from its subpoena, received by the movant on March 3, 2006, as well as the subpoena which is the subject of the supplemental motion.   Plaintiff shall respond, in particular, to Movant's suggestion that this matter be transferred for resolution by the United States District Court for the Southern District of Alabama.   Compliance with each subpoena is hereby STAYED pending a ruling on this alternative motion, as supplemented.

DONE THIS 21ST DAY OF March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE